UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CV-148-FL

HUMMINGBIRD CREDIT COUNSELING )
AND EDUCATION, INC., )
 )
      Plaintiff, )     ORDER
 )
      v. )
 )
LORETTA LYNCH, U.S. ATTORNEY )
GENERAL, DEPARTMENT OF )
JUSTICE, EXECUTIVE OFFICE FOR )
UNITED STATES TRUSTEES, )
 )
      Defendant. )

UPON CONSIDERATION OF the Defendant's Motion to Seal the Administrative Record referenced in Defendant's Memorandum in Support of its Motion to Dismiss, or in the Alternative, Motion for Summary Judgment,

IT IS HEREBY ORDERED on this <u>20TH</u> day of August, 2015, that Defendant's Motion is GRANTED.

_____
LOUISE W. FLANAGAN
United States District Judge